IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NILDA C. MARUGAME, | ) | CIV NO. 11-00710 LEK-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JEH C. JOHNSON, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF HOMELAND SECURITY | ) ) ) ) | |
| Defendants. | ) | |
| _____ | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 13, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Deny Plaintiff's Motion To Review Taxation Of Costs" filed on January 13, 2015, (ECF No. [151]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, February 2, 2015.



      /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**NILDA C. MARUGAME VS. JEH C. JOHNSON, ET AL; CIVIL 11-00710 LEK; ORDER ADOPTING MAGISTRATE FINDINGS AND RECOMMENDATION**